UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE METZ, II,

    Plaintiff,                                  Case No.: 6:21-CV-1641-CEM-EJK

vs.

JORDAN JOHNSON,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

COMES NOW, the Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendants with prejudice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of April, 2022, I electronically filed this document with the Clerk of the Court by using the CM/ECF System, which will forward electronic copies to all defendants listed above.

                                              */s/ Vincent R. Pawlowski*
                                              VINCENT R. PAWLOWSKI, ESQ.
                                              The Pawlowski Mastrilli Law Group
                                              1401 East 22nd Avenue
                                              Tampa, Florida 33605
                                              (813) 242-4404
                                              Florida Bar #: 0747718
                                              E-mail for service: Litigation@megajustice.com